

# COURT OF APPEALS FOR THE
# FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:        Marva Zachaire v. Texas Best Staff Leasing Inc. d/b/a Alt-Source and Barron Builder and Management Company

Appellate case number:      01-13-00645-CV

Trial court case number:     2009-45507

Trial court:                   270th District Court of Harris County

On October 15, 2013, appellant, Marva Zachaire, filed an affidavit of indigence in the trial court. *See* TEX. R. APP. P. 20.1(a)(2)(A). On March 18, 2014, the district clerk filed a clerk's record on indigence containing appellant's affidavit and the trial court's December 3, 2013 order sustaining a contest to the affidavit of indigence. *See id.* 20.1(e)(1), (i)(4). Appellant did not file a motion challenging the trial court's order with this Court within 10 days of the signing of the order. *See id.* 20.1(j)(1), (2).

Accordingly, it is ORDERED that:

(1)     **No later than 20 days from the date of this order**, appellant pay the appellate filing fee to the Clerk of this Court, or the Court may dismiss the appeal. *See* TEX. R. APP. P. 5, 42.3.

(2)     **No later than 30 days from the date of this order**, appellant provide written proof **from the trial court clerk** that she has paid, or made arrangements to pay for the clerk's record, or the Court may dismiss the appeal. *See* TEX. R. APP. P. 34.5, 37.3(b), 42.3.

(3)     **No later than 30 days from the date of this order**, appellant file with this Court proof that she has requested and paid, or made arrangements to pay, for preparation of the reporter's record, or the Court may consider and decide only those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 34.6(b)(1), 35.3(b)(2), (b)(3), (c), 37.3(c).

Judge's signature: /s/ Terry Jennings
                       ☒ Acting individually     ☐ Acting for the Court
Date: July 31, 2014